

**U.S. Department of Justice**

United States Attorney' Office
District of New Jersey
*Civil Division*

---

*Margaret Ann Mahoney*
*Assistant United States Attorney*

970 Broad Street, Suite 700
Newark, NJ 07102
Margaret.ann.mahoney@usdoj.gov

direct: (973) 645-2761
fax:    (973) 297-2010

February 11, 2026

**BY ECF**
Honorable Michael E. Farbriaz, U.S.D.J
Martin Luther King Jr. Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 0710

SO ORDERED.
s/ Michael E. Farbiarz
Michael E. Farbiarz, U.S.D.J.
Date: 2/11/06  5:57pm

Re: *Paz-Aguirre v. Warden*, Civ. No. 26-1242 (MEF)
**Two-week Extension Request to Respond to Motion to Enforce**

Dear Judge Farbriaz:

This Office represents Respondents in this habeas matter filed by a noncitizen challenging the legality of his detention by U.S. Immigration and Customs Enforcement ("ICE") under 8 U.S.C. § 1225(b)(2). As the court is aware, Petitioner appeared before an Immigration Judge ("IJ") on February 10, 2026, for a bond hearing, and the IJ denied Petitioner bond finding him to be a flight risk. ECF No. 5.

A few hours after the bond hearing, on February 10, 2026, Petitioner filed a letter claiming that his bond hearing was fundamentally unfair and violated his due process rights. ECF No. 4. He requested a new bond hearing. *Id.* On February 11, 2026, this Court ordered this Office to respond to Petitioner's claim that his bond hearing was fundamentally unfair on or before February 12, 2026 by noon. ECF No. 6.

In order to properly support Petitioner's allegations that his bond hearing was fundamentally unfair, Petitioner must supply the Court with supporting materials, most significantly, a certified transcript of the bond hearing. Without such basic evidentiary support, Petitioner cannot carry his burden to prove that the IJ did not conduct an individualized assessment as required by 8 U.S.C. §1226(a). This Court recently denied a similar request where Petitioner failed to supply the Court with materials in support of his assertion that his bond hearing was fundamentally unfair. *See Cahuec-Canahui v. Bondi*, Civ. No. 26-364, ECF No 12, (TEXT ORDER: … The Petitioner cannot carry his burden here by gesturing at needed information that he does not then provide. The motion at ECF 8 is denied without prejudice.) (D.N.J. Feb. 11, 2026).

   This Office respectfully requests a two-week extension of time from **February 12, 2026, to February 26, 2026**, to allow Petitioner to refile his challenge to the fundamental fairness of the bond hearing, with Respondents' response due one week thereafter, **March 5, 2026**. Good cause exists for the additional time so that Petitioner may obtain the digital audio recording of the February 10, 2026 bond hearing from the Executive Office of Immigration Review ("EOIR"), have a certified transcript of the bond hearing prepared, and then submit to the court the certified transcript in support of his assertion. Once Petitioner has submitted a certified transcript of the bond hearing, along with any other support Petitioner seeks to carry his burden to show that the bond hearing was fundamentally unfair, Respondents respectfully request one week to respond.

   We thank the Court for its attention to this matter.

                Respectfully submitted,

                TODD BLANCHE
                U.S. Deputy Attorney General

                JORDAN FOX
                Chief of Staff &
                Associate Deputy Attorney General
                Special Attorney

          By: *s/ Margaret Ann Mahoney*
             MARGARET ANN MAHONEY
             Assistant United States Attorney
             *Attorneys for Respondents*

cc: Counsel of record (ECF)